LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559
email: draymond@lawinfo.com

Attorney For Plaintiffs, RUBEN R. CICUTTINI and LILIANA CICUTTINI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN R. CICUTTINI, an individual, LILIANA CICUTTINI, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>RESURGENT CAPITAL SERVICES, a Delaware Corporation; LVNV FUNDING, LLC, an entity of unknown form; LAW OFFICES OF BRACHFELD & ASSOCIATES, an entity of unknown form; GE CAPITAL, aka GE MONEY BANK, an entity of unknown form; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company; TRANSUNION, a Delaware Corporation; and DOES 1-20, inclusive,<br><br>    Defendant(s). | Case No. 5:10-cv-00921R (AGRx)<br><br>**ORDER DISMISSING**<br>**ENTIRE ACTION WITH PREJUDICE** |

Cicuttini et al. v. Resurgent Capital Services et al.
Case No. 5:10cv00921R (AGRx)

1

[Proposed] ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE

1  The Parties having submitted a **JOINT STIPULATION FOR DISMISSAL OF**

2  **ENTIRE ACTION WITH PREJUDICE** pursuant to FRCP 41(a)(A)(1)(ii),

3        **IT IS SO ORDERED.**

4

5  Dated: March 30, 2011

6

7                          Hon. Manuel L. Real
                        U.S. District Court Judge